UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PETER JOSHUA LABRECK,

   Plaintiff,

v.                                             CASE NO. 8:16-cv-2918-T-23TGW

BAYVIEW LOAN SERVICING, LLC,

   Defendant.
_____/

**ORDER**

A November 15, 2016 report (Doc. 5) recommends dismissing this action "without prejudice to filing another complaint in the appropriate venue." More than fourteen days has passed, and no party objects to the report. Accordingly, the report and recommendation (Doc. 5) is **ADOPTED**. This action is **DISMISSED WITHOUT PREJUDICE**. The clerk is directed to terminate any pending motion and to close the case.

ORDERED in Tampa, Florida, on November 30, 2016.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE